E-FILED 9/24/15

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>SCOTT VICTOR FELLWOCK, an individual; and DORIS KATHALEEN WILLIAMS, an individual, and in the capacity as trustee of the Frank A. Fellwock Trust,<br><br>　　　　Defendants | CASE NO.: CV 15-02759 PSG (EX)<br><br>ASSIGNED TO THE HONORABLE PHILIP S. GUTIERREZ<br><br>[~~PROPOSED~~] JUDGMENT |

The motion of plaintiff, Trustees of the Operating Engineers Pension Trust ("Trustees"), for default judgment and for discharge as a stakeholder in the interpleader action presently pending before the Court and for reasonable attorneys' fees and costs was heard on September 28, 2015, at 1:30 p.m., before the Honorable Philip S. Gutierrez United States District Judge, at 255 East Temple Street, Courtroom 880, Los Angeles, California.

After full consideration of Plaintiff's motion for default judgment and discharge of stakeholder and for attorneys' fees and costs, and the authorities submitted by counsel,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

(1) The complaint for interpleader, filed by the Trustees in this action, is proper and the complaint stated an adequate case in interpleader.

(2) The plaintiff's motion for default judgment and for discharge of stakeholder and for attorneys' fees and costs is **GRANTED**. Default Judgment is entered against Scott Victor Fellwock ("Scott"). The Trustees are awarded $11,620.00 for attorneys' fees and $1,195.15 for costs which shall be deducted from the benefits payable from the Trust pursuant to this judgment.

(3) Frank A. Fellwock ("Frank") was a retired participant in the Operating Engineers Pension Trust ("Trust") at the time of his death on May 2, 2014.

(4) At the time of Frank's death on May 2, 2014, the file maintained by the Operating Engineers Pension Trust did not contain a designation of beneficiary.

(5) The remaining benefits payable from the Operating Engineers Pension Trust on Frank's account shall be paid to Doris Kathaleen Williams ("Doris") as the trustee of the Frank A. Fellwock Trust and representative of Frank's estate.

(6) Doris is deemed to be the sole claimant on Frank's account with the Operating Engineers Pension Trust with respect to one hundred percent (100%) of the remaining monthly benefits payable on Frank's account, subject to adjustments set out in paragraph 7, below.

(7) The Trustees are awarded attorneys' fees of $11,620.00, and costs of $1,195.15, incurred by the Trustees in bringing this interpleader action, and such fees and costs shall be deducted from the pension benefits payable on Frank's account prior to the Trustees making any payments directly to Doris. From June 1, 2014, through September 1, 2015, the Trust withheld pension benefits in the amount of $43,200.00 payable on Frank's account. The amount of $12,815.15 shall be deducted from the withheld pension benefits and retained by the Trust and applied to the Trust's attorneys' fees and costs. The balance of $30,384.85, from the withheld funds, shall be paid to Doris in a lump sum payment.

(8) Beginning the first month after the Court enters Judgment and the amounts set forth in paragraph 7 hereinabove are paid, the Trust shall pay to Doris one hundred percent (100%) of each subsequent monthly pension benefit payable on Frank's account with the Trust.

(9) If Doris does not survive until the balance of such benefits has been paid in full, then any remaining benefits otherwise payable to Doris shall be paid in accord with the rules of the Plan.

(10) The Trustees shall pay nothing to Scott Victor Fellwock.

(11) The Trustees are hereby released, acquitted and discharged from all claims or liability to the defendants in this action, or any of them, except that the Trustees shall be obligated to pay the monthly death benefit payments (and all amounts withheld to date), less the amounts set forth in Paragraph 7, above, to the person or persons found to be entitled by this Court.

(12) Defendant Doris Kathleen Williams and defendant, Scott Victor Fellwock, each shall be, and hereby are, restrained from instituting any action or actions against the Trustees, in any forum, relating to the benefits payable on Frank A. Fellwock's account from the Operating Engineers Pension Trust, other than to enforce this Judgment.

/ / /

(13) Doris shall be responsible for any federal and state taxes due upon the amounts awarded and/or paid to her pursuant to the Judgment or any order of the Court. It is acknowledged and agreed that the Trustees' attorneys' fees and costs retained by the Trustees pursuant to paragraph 7, above will be retained from benefits awarded to Doris and which would otherwise have been paid to Doris.

(14) This order constitutes a final judgment under the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED: 9/24/15

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE